UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| John Weber<br>Plaintiff | Case No. 2:21-cv-01213-JDC-KK |
| VS.<br>State Farm Fire and Casualty Company<br>Defendant | Judge James D. Cain, Jr.<br>Magistrate Judge Kathleen Kay |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted *pro hac vice* to the bar of this court to appear on behalf of Plaintiff in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the Supreme Court of Texas, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Cate Biggs of the same firm is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic

mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |

LOCAL COUNSEL INFORMATION:

| | | | |
|---|---|---|---|
| Name: | Andrea ("Addie") Butler | Name: | Catharine ("Cate") Biggs |
| Firm: | Long & Long, P.C. | Firm: | Long & Long, P.C. |
| Address: | 3600 Springhill Memorial Dr. N., Mobile, Alabama 36608 | Address: | 3600 Springhill Memorial Dr. N., Mobile, Alabama 36608 |
| Telephone: | 251.445.6000 | Telephone: | 251.445.6000 |
| Fax: | 251.445.0282 | Fax: | 251.445.0282 |
| E-mail: | Addie@LongandLong.com | E-mail: | Cate@LongandLong.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2021, a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be automatically sent to all counsel of record via the court's electronic filing system.

*/s/Cate Biggs*
Cate Biggs