AO 440 (Rev. 06/12) Summons in a Civil Action

---

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| JOHN WEBER | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:21−CV−01213−JDC−KK |
| | ) Judge James D Cain, Jr |
| STATE FARM FIRE & CASUALTY CO | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**State Farm Fire & Casualty Co**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Catharine Biggs**
**Long & Long (Mobile)**
**3600 Springhill Memorial Dr N**
**Mobile, AL 36608**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




***CLERK OF COURT***

Date: 5/6/2021

/s/ − Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:21-CV-01213-JDC-KK

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **State Farm Fire & Casualty Co** was received by me on *(date)* 5/25/21 .

- I personally served the summons on **State Farm Fire & Casualty Co** at *(place)* ____ on *(date)* ____ ; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ____ , a person of suitable age and discretion who resides there, on *(date)* ____ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* Tammy Glover, who is designated by law to accept service of process on behalf of *(name of organization)* Secretary of State on *(date)* 5/25/21 ; or
- I returned the summons unexecuted because ____ ; or
- Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____

I declare under penalty of perjury that this information is true.

Date: 5/25/21

[signature]
*Server's signature*

Scott Frank
*Printed name and title*

602 Elwick dr
Lafayette, la 70507
*Server's address*

Additional information regarding attempted service, etc:

See Affidavit

# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 2:21-CV-01213-JDC-KK | US DIST COURT FOR THE WESTERN DIST OF LA, LAKE CHARLES DIVISION | La | 5715596 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| John Weber | State Farm Fire & Casualty Co. |
| **Received by:** | **For:** |
| Lafayette Process Servers LLC | Long & Long, P.C. |
| **To be served upon:** | |
| State Farm Fire & Casualty Co. through Louisiana Secretary of State | |

I, Scott Frank, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Tammy Glover through Secretary of State, 8585 ARCHIVES AVE, BATON ROUGE, LA 70809-2414

**Manner of Service:** Substitute Service - Business, May 25, 2021, 12:24 pm CDT

**Documents:** Summons in a Civil Action, Plaintiff's Original Complaint and Request for Jury Trial, Civil Cover Sheet (Received May 25, 2021 at 12:00am CDT)

**Additional Comments:**
1) Successful Attempt: May 25, 2021, 12:24 pm CDT at 8585 ARCHIVES AVE, BATON ROUGE, LA 70809-2414 received by Tammy Glover through Secretary of State. Age: appprx 60 to 70; Ethnicity: Caucasian; Gender: Female; Weight: Approx 115; Height: 5'4"; Hair: Gray; Relationship: Legal Department ;

[signature] 05/27/2021

Scott Frank **Date**
Court Appointed

Lafayette Process Servers LLC
602 Elwick Dr
Lafayette, La 70507
3372548169